IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 25 P 3: 32

AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> through its agency, <br> SMALL BUSINESS ADMINISTRATION, <br> by John H. Mitnick, <br> Substitute Trustee <br> 10 S. Howard Street, Suite 6220 <br> Baltimore, Maryland 21201 <br><br> Plaintiff <br><br> v. <br><br> JEAN M. CANTER <br> 5819 Moore's Run Court <br> Baltimore, Maryland 21206 <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL NO. JFM 02 CV 3044 <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Compliance having been had with the Notice of this Court dated December 10, 2002 requiring publication of said Notice, as evidenced by the Proof of Publication of Notice which has been filed with the Court, and no cause to the contrary having been shown.

IT IS ORDERED this _25th_ day of _Feby_____, 2003, by the United States District Court for the District of Maryland that the sale of the real property described in the above-entitled proceedings on November 12, 2002, made and reported by John H. Mitnick, Substitute Trustee, to Bill Dackman and/or Assignees for the sum of



$47,000.00, be and the same hereby is, RATIFIED AND CONFIRMED.

                                                       J. FREDERICK MOTZ
                                                       District Judge
                                                       U.S. District Court for the
                                                       District of Maryland
                                                       (Baltimore Division)

cc:     Ms. Jean M. Canter
          210 A Timbers Trail
          Bel Air, MD 21014

          State of Maryland
          Compliance Division
          301 W. Preston Street
          Room 410
          Baltimore, MD 21201-2383