

**U. S. SMALL BUSINESS ADMINISTRATION**
**BALTIMORE DISTRICT OFFICE**
City Crescent Bldg., 6th Floor
10 S. Howard Street
Baltimore, MD 21201

March 27, 2003

The Honorable J. Frederick Motz
United States District Judge
United Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:   USA. Jean M. Canter
      Civil No. JFM 02 CV 3044

Dear Judge Motz:

This is a report on the status of the above-entitled action.

We are still awaiting settlement. The purchaser has contacted us, and is arranging for settlement.

Should you have any questions regarding this case, please do not hesitate to contact me.

Respectfully yours,

    /s/

Ashley H. Hou
Special Assistant U.S. Attorney
(410)962-2474
(202) 481-0729 (fax)

CC:   Clerk, U.S. District Court (CM/ECF)
      Gerry Zinser, U.S.A.O.
      Bill. Dackman
      John Mitnick