# A. SETTLEMENT STATEMENT

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number | |
| 4. ☐ VA   5. ☐ Conv. Ins. | N00R5819 | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| William Dackman<br><br>825 N. Charles Street<br>Baltimore, Maryland 21201 | John H. Mitnick, Substitute Trustee<br><br>201 N. Charles Street, Suite 1212<br>Baltimore, Maryland 21201 | |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 5819 Moore's Run Court<br>Baltimore, Maryland 21206 | Infinity Title Company | |
| | Place of Settlement<br>825 N. Charles Street<br>Baltimore, MD 21201 | I. Settlement Date<br>04/23/03 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 47,000.00 | 401. Contract sales price | 47,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,305.47 | 403. | |
| 104. | | 404. | |
| 105. 10% Interest (11/12-4/23) | 1,874.50 | 405. 10% Interest (11/12-4/23) | 1,874.50 |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 52,179.97 | **420. GROSS AMOUNT DUE TO SELLER** | 48,874.50 |
| **200. Amounts Paid By or in Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | 5,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 895.44 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. 02/03 Tax Adj (7/1-11/12) | 586.92 | 506. 02/03 Tax Adj (7/1-11/12) | 586.92 |
| 207. GR Adj (7/16-11/12) | 36.00 | 507. GR Adj (7/16-11/12) | 36.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 5,622.92 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 6,518.36 |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross amount due from borrower (line 120) | 52,179.97 | 601. Gross amount due to seller (line 420) | 48,874.50 |
| 302. Less amounts paid for/by borrower (line 220) | 5,622.92 | 602. Less reduction amount due seller (line 620) | 6,518.36 |
| 303. CASH  FROM BORROWER | 46,557.05 | 603. CASH  TO SELLER | 42,356.14 |

SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Infinity Title Company (520008570) with your correct taxpayer identification number. If you do not provide Infinity Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN:_____    SELLER SIGNATURE:_____

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)

**EXHIBIT "A"**

## U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

FILE #: K00K5619

| L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 0 = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | % | | | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Flood Certification Fee | to | | | |
| 807. Underwriting Fee | to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from | to | @ $ /day | | |
| 902. Mortgage Insurance Premium for | to | | | |
| 903. Hazard Insurance Premium for | yrs | to | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance | mo. @ $ | /mo. | | |
| 1002. Mortgage Insurance | mo. @ $ | /mo. | | |
| 1003. City property taxes | mo. @ $ | /mo. | | |
| 1004. County property taxes | mo. @ $ | /mo. | | |
| 1005. Annual Assessments | mo. @ $ | /mo. | | |
| 1006. | mo. @ $ | /mo. | | |
| 1007. | mo. @ $ | /mo. | | |
| 1008. | mo. @ $ | /mo. | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee | to | | | |
| 1102. Abstract or title search | to David Dubin | | 150.00 | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items No: ) | | | | |
| 1108. Title insurance | to | | | |
| (includes above items No: ) | | | | |
| 1109. Lender's coverage $ | .... | | | |
| 1110. Owner's coverage $ | .... | | | |
| 1111. Lien Sheet | Infinity Title Company | | 25.00 | |
| 1112. Hand Recording | Infinity Title Company | | 35.00 | |
| 1113. Open Water | Director of Finance | | | 71.4 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording fees | Deed $ 25.00 Mortgage $ ; Releases $ | | 25.00 | |
| 1202. City/county/stamps | Deed $ 258.50 Mortgage $ | | 258.50 | |
| 1203. State tax/stamps | Deed $ 235.00 Mortgage $ | | 235.00 | |
| 1204. City Transfer Tax | | | 705.00 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest inspection | to | | | |
| 1303. Open H2O | Director of Finance | | 36.42 | |
| 1304. 02/03 Taxes | Director of Finance | | 1,783.55 | |
| 1305. 3yr GR plus Legal Fees | Infinity Title Judgment Escrow Account | | | 824.0 |
| 1306. Courier | Infinity Title Company | | 50.00 | |
| | | | | |
| **TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | | | 3,305.47 | 895.4 |



# EXPRESS REAL ESTATE AUCTION SERVICES
### "Your First Alternative not Your Last Resort"

| | |
|---|---|
| **Client Name:** | Law Offices of Mitnick & Mitnick<br>201 N Charles St., Ste. 1212<br>Baltimore, Maryland 21201-4116<br>410-539-2360 (P)<br>410-783-4690 (F) |

| | | | |
|---|---|---|---|
| **File #:** | MITNK-0001 | **Property:** | 5819 Moore's Run Court<br>Baltimore, MD 21206 |
| **Statement Date:** | 11/12/2002 | | |
| **Statement #:** | 7617 | **Sale Date:** | 11/12/2002 |

| Ad Run Date: | Publication Name: | Cost of Advertising: |
|---|---|---|
| 10/25, 11/1, 11/8/02 | Daily Record | $ 937.29 |
| 11/3, 11/10/02 | Baltimore Sun Auction Section | $ 918.54 |
| N/A | Ad Typesetting (fee waived) | $ - |
| N/A | Internet Property Page (fee waived) | $ - |
| N/A | Email Distribution (fee waived) | $ - |
| | Total Cost of Advertising | $ 1,800.00 |
| | Auctioneer's/Cancellation Fee | $ 1,660.00 |
| | **Total Cost for Foreclosure** | **$ 3,460.00** |

| | |
|---|---|
| Total Deposit Received: | $ 5,000.00 |
| Total Due to Express Auctions: | $ 3,460.00 |
| Total Due to Mitnick & Mitnick: | $ 1,540.00 |

*Notes:* The Auctioneer has received a commission or discount of $234.32 on the advertising for the sale in consideration of advertising, payment and collection services.

### Thank You for your Business!

410-821-5900
410-821-8730 FAX
222 BOSLEY AVE, SUITE A4
TOWSON, MD 21204
www.expressauction.com



EXHIBIT "B"

 **EXPRESS REAL ESTATE AUCTION SERVICE**
*"Your first alternative not your last resort"*

November 12, 2002

Law Offices of Mitnick and Mitnick,
201 N. Charles St., Ste. 1212

Baltimore, MD 21201-4116

## Report of Sale

Dear Sir:

| | | | |
|---|---|---|---|
| Sold: | 5819 Moore's Run Court<br>Baltimore, MD 21206 | | |
| To: | Bill Dackman and/or Assignees | | |
| Amount: | $47,000.00 | Ground Rent: | $108.00 |
| Deposit: | $5,000.00 | | |

Very Truly Yours,

Express Auction Services, Inc.

---

410-821-5900
410-821-8730 FAX
222 BOSLEY AVE, SUITE A4
TOWSON, MD 21204

**EXHIBIT**
"C"

1

**EMS AUCTION**
222 BOSLEY AVENUE SUITE A5
BALTIMORE, MD 21204

1202
7-183/520 MD

11/13/2002

PAY TO THE ORDER OF   Law Offices of Mitnick and Mitnick        $ **1,484.17

One Thousand Four Hundred Eighty-Four and 17/100······················································ DOLLARS

Law Offices of Mitnick and Mitnick
201 N Charles St, Ste 1212
Baltimore, MD 21201-4116

MEMO  5819 Moore's Run Ct, Balt, MD (11/12/02)

⑆001202⑆ ⑈052001633⑈ 003933287997⑈

**EXHIBIT**
"D"

**MITNICK & MITNICK ATTORNEYS
ESCROW ACCOUNT**
201 N. CHARLES ST. SUITE 1212
BALTIMORE, MD 21201

34472

DATE 5/9/03

PAY TO THE ORDER OF U.S. Small Business Administration $ 55.83

Fifty-five and 83/100 DOLLARS

Bank of America

FOR SBA vs Carter
5819 Moores Run Ct.

EXHIBIT "D-2"



| $25.00 | MAYOR AND CITY COUNCIL OF BALTIMORE<br>BUREAU OF TREASURY MANAGEMENT<br>COLLECTION DIVISION<br>LIEN SECTION<br>200 HOLLIDAY STREET<br>BALTIMORE, MARYLAND 21202 | This certificate VOID<br>45 days from issue date. |
|---|---|---|
| **CERTIFICATE NUMBER**<br>0316473 | | Issue Date – Void Date<br>03/30/03   05/14/03 |

Application, now on file in this bureau, has been made for a search of the tax lien record for all charges constituting municipal liens upon the assessed property. The amounts shown are inclusive of interest and penalty to date of this certificate W/S/B/L - 26-44-6072E-069 -(1)

Address 5819 MOORES RUN CT

REAL PROPERTY
02/03 OPEN           AMT PD         .00 AMT DUE     1,750.29
04 SUBJECT TO TAX SALE COST, CALL 410-396-3987

METERED WATER
ACCT # 06277728009 READING DATE 01/17/03 AMT. $    109.86

PERTINENT INFORMATION
NO VIOLATION REPORT REQUESTED

Important note as to Bankruptcy and or Tax Sale redemption figures. Only written payoff figures will be honored. Figures quoted over the phone are not binding. If you need an official payoff for either pre-petition Bankruptcy or Tax Sale you must fax a copy of the Lien Certificate to the Delinquent Accounts Section at 410-837-6994 and provide a fax number for a response.

All of which is hereby affirmed and approved.

*Thomas F. Gunkel*

Lien Section Supervisor

**EXHIBIT "E"**

This Lien Certificate is issued pursuant to Article VII, Section 10, of the Baltimore City Charter (1964 revision which reads, in part as follows The Department shall maintain at all times a book or books, to be known as the tax lien record. For the purpose of recording tax liens and all other municipal liens...after a lien shall have been recorded in the tax lien record, it shall remain a lien until paid.
This enumeration of charges and assessments not herein enumerated and which may have been or may hereafter be authorized and imposed, all of which shall be liens from the time of their imposition, provided, that no then existing charge shall be a lien against any property after the issuance of a Lien Certificate respecting such property unless such charge be SHOWN ON SUCH LIEN CERTIFICATE.

# MAYOR AND CITY COUNCIL - BALTIMORE
## REAL PROPERTY TAX LEVY
### JULY 1, 2002 TO JUNE 30, 2003

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING 410-396-3987
IVR REFERENCE 0260720506900
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

030326    DUPLICATE

PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
26    440    6072E  069

CANTER, JEAN M
5819 MOORES RUN CT
BALTIMORE MD 21206-3742

LOT DIMENSIONS
18X114-5
PRINCIPAL RESIDENCE

CONSTANT YIELD $2.327 DIFFERENCE

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND            14,000
IMPROVEMENT     52,870
TOTAL           66,870

**ASSESSED PROPERTY:**
5819 MOORES RUN CT

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 66,936 | $ .0840 | 55.39 |
| CITY TAX | 66,936 | $2.3280 | 1,534.99 |
| TOTAL TAX | | | 1,590.38 |
| TAX SALE CHARGE | | | 10.71 |
| SEMI-ANN SERVICE CHARGE | | | 8.51 |
| NET TAX AMOUNT | | | 1,609.60 |

### SEMIANNUAL PAYMENT SCHEDULE
#### 1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| FLAT CHG |  | 795.20 |
| 03/31/03 | 93.78 | 888.98 |

#### 2ND INSTALLMENT

| IF PAID BY | SERV. CHG&1/2 | PAY THIS AMOUNT |
|---|---|---|
| 03/31/03 | 55.40 | 861.31 |

SERVICE FEE RATE FOR SEMIANNUAL IS: 1.0700% FEE: 8.51

### ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|

---

JULY 1, 2002 TO JUNE 30, 2003
PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
26    440    6072E  069

5819 MOORES RUN CT

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
REAL PROPERTY TAX LEVY

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMORE

030326    DUPLICATE

| SEMIANNUAL PAYMENT | ANNUAL PAYMENT |
|---|---|
| 1,750.29 | |

PLEASE INDICATE AMOUNT BEING PAID
DUE NO LATER THAN 03/31/03

AMOUNT PAID

CITY OF BALTIMORE
COLLECTION DIVISION
PO BOX 17535
BALTIMORE, MD 21297-1535

EXHIBIT
"F"

--- MAKE NO MARKS BELOW THIS LINE ---

2000000178654900000000000000200220036072E069 00000000000000001000310000030



**CITY OF BALTIMORE**
**METERED WATER BILL**
Department of Finance, Bureau of Treasury Management
200 Holliday Street, Baltimore, Maryland 21202
TIN: 52-6000769

ACCOUNT NUMBER: 06277728009
SERVICE ADDRESS: 5819 MOORES RUN CT

NILES A CANTER
210 TIMBER TRL APT A
BEL AIR MD         21014-3141

4,678
AMOUNT DUE NOW: 109.86
AMOUNT DUE AFTER 02/26/2003: 109.86

PROPERTY IDENT.: 6072E069

| BILLING PERIOD | | | WATER CONSUMPTION | | | |
|---|---|---|---|---|---|---|
| PREVIOUS READING DATE | PRESENT READING DATE | NUMBER OF DAYS | TOTAL (100 CUBIC FEET) | AVG. DAILY CONS. (CUBIC FEET) | TOTAL (THOU.GALS.) | AVG. DAILY CONS. (GALLONS) |
| 10/08/2002 | 01/17/2003 | 101 | | | | |

| TYPE OF BILL | PREVIOUS READING | PRESENT READING | CONSUMPTION | DAYS | RATE | AMOUNT CHARGED |
|---|---|---|---|---|---|---|
| Duplicate Bill | | | Minimum | | | |
| Dial #1 | 0 | 0 | | | | |
| Total Water Consumption Billed: | | | 0 | | | 14.16 |
| Total Sewer Service Charges: | | | 0 | | | 19.03 |
| | | | | | Previous Balance: | 71.44 |
| | | | | | Amount Due Now: | 109.86 |
| | | | | | Amount Due After 02/26/2003: | 109.86 |

Emergency Service: (410) 396-5352 (24 hrs.)
Billing Inquiries: (410) 396-5398 (8:30 AM - 4:30 PM)
Payment Inquiries: (410) 396-3988 (8:30 AM - 4:30 PM)
Internet Inquiries: http://www.baltimorecity.gov/water.html

You may make a credit card payment by calling 1-800-2PAYTAX (1-800-272-9829).
At the prompt, enter Jurisdiction Code 3006. Or visit www.officialpayments.com.

IWOODS REV.0 12/98



**CITY OF BALTIMORE**
**METERED WATER BILL**
Department of Finance, Bureau of Treasury Management
200 Holliday Street, Baltimore, Maryland 21202

ACCOUNT NUMBER: 06277728009
SERVICE ADDRESS: 5819 MOORES RUN CT

PLEASE RETURN THIS PORTION OF BILL WITH YOUR PAYMENT

AMOUNT DUE NOW: 109.86
AMOUNT DUE AFTER 02/26/2003: 109.86

Please make checks or money order payable to DIRECTOR OF FINANCE and write your account number on your check to insure proper credit.

NILES A CANTER
210 TIMBER TRL APT A
BEL AIR MD         21014-3141

BUREAU OF TREASURY MGMT
200 HOLLIDAY ST STE 3
BALTIMORE MD 21202-3683

6072E069

4010000010986000000000000000000006277728009000000000000000000

**EXHIBIT "G"**

```
                                                                    34438
MITNICK & MITNICK ATTORNEYS        10-89
       ESCROW ACCOUNT
  201 N. CHARLES ST. SUITE 1212
     BALTIMORE, MD 21201           DATE  4/28/03        7-183/520 MD
                                                            2305

PAY
TO THE     U.S. Small Business Administration    | $ 42,356.14
ORDER OF
                                                       14
Forty-two thousand, three hundred fifty-six and  ———  DOLLARS
                                                      100
Bank of America.

ACH R/T 052001633

FOR    5819 Moores Run Ct.                    [signature]

⑆034438⑆  ⑈052001633⑈  00200701236 2⑆
```

EXHIBIT

"H"

## MITNICK & MITNICK
### ATTORNEYS AT LAW
### SUITE 1212
### 201 NORTH CHARLES STREET
### BALTIMORE, MARYLAND 21201

JACOB J.H. MITNICK (1860-1925)
LOUIS MITNICK (1891-1961)
MARTIN ALAN MITNICK (OF COUNSEL)
JOHN H. MITNICK

TELEPHONE
(410) 589-2360
FAX (410) 752-4690

May 2, 2003

Small Business Administration
Attn: Ashley Hou, Esq.
City Crescent Building, 6th Floor
10 S. Howard Street
Baltimore, Maryland 21201

To professional services rendered in foreclosure sale of 5819 Moore's Run Court, USA vs. Jean Canter, itemized as follows

| Date | Description | Time |
|---|---|---|
| 9/21/02 | Review of foreclosure papers | 1/4 hour |
| 9/24/02 | Conversation with Madeline Gaydos re requirements | 1/4 hour |
| 9/24/02 | Conversation with auctioneer about sale procedure | 1/4 hour |
| 9/27/02 | Review legal ads with Gaydos | 1/4 hour |
| 10/4/02 | Title update for SBA, checked records, judgments, etc | 3/4 hour |
| 10/4/02 | Preparation of title update letter to SBA | 1/4 hour |
| 11/12/02 | Attended foreclosure sale and advice at sale | 1 ½ hours |
| 11/13/02 | Letter to Ashley Hou | 1/4 hour |
| 12/10/02 | Review of docs | 1/4 hour |
| 2/27/03 | Review of Ashley Hou papers re settlement | 1/4 hour |
| 3/27/03 | Review of letter | 1/4 hour |
| 4/18/03 | Conversation with Jay Dackman, Buyer's attorney re title issues | 1/4 hour |
| 4/23/03 | Review of HUD-1 statement | ½ hour |
| 4/25/03 | Changes to deed | 1/4 hour |
| 4/28/03 | Mail out signed deed, etc. | 1/4 hour |
| 5/2/03 | Mail deposit check to SBA, sign final report | 1/4 hour |
| | Total | 5.75 hours |

5.75 hours @ $175.00/hour = $1006.25, however, agreement limits fee to $1000.00, so final fee is    $1000.00

Please make check to Mitnick & Mitnick

**EXHIBIT**

"I"

PLEASE RETURN TO:
INFINITY TITLE COMPANY
825 NORTH CHARLES STREET
BALTO, MD 21201

THIS DEED, made this 23rd day of April, in the year two thousand three, by and between John H. Mitnick, Substitute Trustee, party of the first part, hereinafter referred to as Grantor and Bill Dackman, aka William Dackman, party of the second part, hereinafter referred to as Grantee.

WHEREAS, by virtue of a Deed of Appointment of Substitute Trustee recorded among the Land Records of Baltimore City, Maryland in Liber 2722 folio 195, the party of the first part was appointed Substitute Trustee to make sale of the hereinafter described property;

WHEREAS, default having occurred under the terms of a certain Deed of Trust from Small Business Administration, An agency of the United States Government, dated May 16, 1977 and recorded among the Land Records of Baltimore City, Maryland in Liber 3474 folio 373, said Substitute Trustee, in exercise of the power of sale conferred by said Deed of Trust, and pursuant to foreclosure proceedings filed in the United States District Court for the District of Maryland (Baltimore Division) as Civil No. JFM 02 CV 3044, after having given prior notice of the time, place and terms of sale by advertisement, at a public auction sale held at the premises on November 12, 2002, did sell the aforesaid leasehold property described in said Deed of Trust, for the sum Forty Seven Thousand Dollars ($47,000.00), thus described:

**See Attached Exhibit A**

WHEREAS, the aforesaid public sale has been duly reported to, and ratified and confirmed by the said U.S. District Court for Maryland and the purchase money aforesaid has been fully paid and satisfied to the said Substitute Trustee, he is authorized by said Decree to execute these presents.

EXHIBIT "J"

NOW THIS DEED WITNESSETH, that the said party of the first part, Substitute Trustee, as aforesaid, for and in consideration of the premises, and of the sum of Forty Seven Thousand Dollars ($47,000.00), paid by the said Grantee at and before the sealing and delivery of these presents the receipt of which is hereby acknowledged, does grant unto the said Grantee, its successors, personal representatives and assigns.

TO HAVE AND TO HOLD the aforesaid leasehold property, with its appurtenances, unto the said Grantee, its successors, personal representatives and assigns, for all the residue and remainder of the term of years yet to come, and unexpired therein, with the benefit of renewal thereof from time to time forever, subject, however, to the payment of the annual ground rent of $108.00.

WITNESS the hand and seal of the said Substitute Trustee, party of the first part.

WITNESS:

_Frances H. Mitnick_                    _John H. Mitnick_, Sub. Trustee

                                        John H. Mitnick, Substitute Trustee (SEAL)

STATE OF MARYLAND,   Baltimore City   , to wit:

I HEREBY CERTIFY, that on this 23rd day of April in the year two thousand three, before me, the subscribed, a Notary Public of the State aforesaid, personally appeared **John H. Mitnick, Substitute Trustee**, grantor herein, and acknowledged the foregoing deed to be his act.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires:         _Frances H. Mitnick_
10/29/06                       Notary Public

FRANCES H. MITNICK
NOTARY PUBLIC-MARYLAND
BALTIMORE COUNTY
My Commission Exp. 10/29/06

This is to certify that the within instrument was prepared under the supervision of the undersigned Maryland attorney.

Foreclosure Deed

———————————————
Jay A. Dackman



## EXHIBIT A

BEING known and designated as Lot No. 10, Block KK, as shown on the Subdivision Plat Cedonia, Section IV, which Plat is recorded among the Land Records of Baltimore City in Plat Book J.F.C. No. 1304. The improvements thereon being known as No. 5819 Moores Run Court.

BEING the same lot of ground which by deed dated April 21, 1965 and recorded among the Land Records of Baltimore City in Liber J.F.C. No. 1872, folio 159 was granted and conveyed by Edward L. Gross and Mary Elizabeth Gross, to Nils A. Canter and Jean M. Canter.

See also U.S. District Court Case No.: JFM-02CV3044.