IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, through its agency, SMALL BUSINESS ADMINISTRATION, by John H. Mitnick, Substitute Trustee | * * * |
| Plaintiff | * |
| v. | *   CIVIL NO. JFM 02 CV 3044 |
| JEAN M. CANTER 5819 Moore's Run Court Baltimore, Maryland 21206 | * * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING REPORT AND FINAL ACCOUNT OF SUBSTITUTE TRUSTEES

Upon consideration of the Report and Final Account of Substitute Trustees, it appearing that a copy thereof has been duly served on each party and that no exceptions thereto have been filed, it is, this _____ day of _____, 2003, by the Court

ORDERED: That the net proceeds of sale, $42,596.02 now being held by the U.S. Small Business Administration shall be applied to the obligation owing by the Defendant, Jean M. Canter, as set forth in the Report and Account.

Dated:_____         _____
                                    J. FREDERICK MOTZ
                                    District Judge
                                    U.S. District Court for the
                                    District of Maryland
                                    Baltimore Division

cc:    Ms. Jean M. Canter
210 A Timbers Trail
Bel Air, MD 21014

State of Maryland
Compliance Division
301 W. Preston Street
Room 410
Baltimore, MD 21201-2383