IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

2003 MAY 27 P 2: 2L

THE UNITED STATES OF AMERICA, *
through its agency,
SMALL BUSINESS ADMINISTRATION, *
by John H. Mitnick,
Substitute Trustee                                                                DFP

                    Plaintiff          *

v.                                      *    CIVIL NO. JFM 02 CV 3044

JEAN M. CANTER                          *
5819 Moore's Run Court
Baltimore, Maryland 21206               *

                    Defendant

*   *   *   *   *        *   *   *   *   *

## ORDER APPROVING REPORT AND FINAL
## ACCOUNT OF SUBSTITUTE TRUSTEES

Upon consideration of the Report and Final Account of Substitute Trustees, it appearing that a copy thereof has been duly served on each party and that no exceptions thereto have been filed, it is, this 27x day of May, 2003, by the Court

ORDERED  That the net proceeds of sale, $42,596.02 now being held by the U.S Small Business Administration shall be applied to the obligation owing by the Defendant, Jean M. Canter, as set forth in the Report and Account.

Dated:_____          _____
                                       J. FREDERICK MOTZ
                                       District Judge
                                       U.S. District Court for the
                                       District of Maryland
                                       Baltimore Division